**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et. al.,[1]<br><br>    Respondents. | No. CV-98-00882-PHX-ROS<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

In an order dated September 26, 2002, the Court stayed Petitioner's sentencing-related habeas claims pending resolution in state court of Petitioner's claim pursuant to *Atkins v. Virginia*, 536 U.S. 304 (2002), that he is mentally retarded and therefore ineligible for the death penalty. (Dkt. 117.) The Court subsequently denied Petitioner's conviction-related claims while retaining the stay of the sentencing claims. (Dkt. 210.) On May 19, 2009, the state court denied Petitioner's *Atkins* claim. (*See* Dkt. 218.) On March 2, 2010, the Arizona Supreme Court denied a petition for review. (*See* Dkt. 222.) State proceedings having been concluded, the Court will set this matter for a status conference.

Accordingly,

---

[1] Charles L. Ryan, Acting Director of the Arizona Department of Corrections, is substituted for his predecessor pursuant to Fed. R. Civ. P. 25(d)(1).

1 **IT IS HEREBY ORDERED** that a status conference will be held on **June 4, 2010**
2 **at 9:00 a.m.** in Courtroom 604 of the Sandra Day O'Connor United States Courthouse in
3 Phoenix.
4     DATED this 7th day of April, 2010.

                                                         Roslyn O. Silver
                                               United States District Judge