**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-0882-PHX-ROS<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pursuant to LRCiv 83.3(b)(2), counsel for Petitioner, Dana Carpenter, moves to substitute Emily Skinner, Esq., for Patrick McGillicuddy, Esq., as co-counsel for Petitioner in this matter. (Dkt. 224.)

Good cause appearing,

**IT IS HEREBY ORDERED** granting Petitioner's motion for substitution of counsel, but denying *ex parte* status to the motion as counsel for Petitioner did not properly comply with the requirements of LRCiv 83.3(b)(1). (Dkt. 224.) Patrick McGillicuddy, Esq., is withdrawn as co-counsel for Petitioner in this matter. Mr. McGillicuddy shall submit any outstanding interim voucher for payment within thirty (30) days of this Order.

**IT IS FURTHER ORDERED** that Mr. McGillicuddy file an affidavit within ten (10) days certifying that he has complied with LRCiv 83.2(e), incorporating the State Rules of Professional Conduct, in particular, E.R. 1.16.

**IT IS FURTHER ORDERED** appointing Emily Skinner, Esq., Arizona Capital Representation Project, 131 East Broadway Blvd., Tucson, Arizona, 85701, as co-counsel for Petitioner.

**IT IS FURTHER ORDERED** denying Petitioner's request that Ms. Skinner be appointed *nunc pro tunc* to January 13, 2010. Ms. Skinner shall be appointed as of the date of this Order, at the rate of $140 per hour. *See* General Order No. 10-01 (D. Ariz. Jan. 8, 2010).

DATED this 12th day of May, 2010.

Roslyn O. Silver
United States District Judge