WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | No. CV-98-00882-PHX-ROS<br><br>DEATH PENALTY CASE<br><br>**EX PARTE ORDER** |

Pending before the Court is Petitioner's ex parte motion to seal his budget requests. (Dkt. 225.)

Good cause appearing,

**IT IS HEREBY ORDERED** granting Petitioner's ex parte motion to seal his budget requests. (Dkt. 225.) The Clerk of the Court shall file and seal Petitioner's lodged ex parte budget requests. (Dkt. 226.)

DATED this 18th day of May, 2010.

_____
Roslyn O. Silver
United States District Judge

(cc: Carpenter/Skinner)