**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt, | ) No. CV-98-0882-PHX-ROS |
|       Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| | ) ***EX PARTE* ORDER** |
| Charles L. Ryan, et al., | ) |
|       Respondents. | ) |

Pending before the Court is former co-counsel Patrick McGillicuddy's sealed motion requesting release of any holdback payments owed to him from previously submitted billings. The District has provided all holdback amounts in payment to McGillicuddy; there are no remaining withheld funds.

Accordingly,

**IT IS HEREBY ORDERED** denying McGillicuddy's sealed motion for release of withheld funds. (Dkt. 232.)

**IT IS FURTHER ORDERED** that the Clerk of the Court docket McGillicuddy's motion and this Order as *ex parte* events, denying sealed status to McGillicuddy's motion for release of withheld funds.

DATED this 10th day of June, 2010.

_____
Roslyn O. Silver
United States District Judge

1

cc: Patrick McGillicuddy
   CJA Voucher Review Unit
2   Capital Case Staff Attorney

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28