**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | No. CV-98-00882-PHX-ROS<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

To ensure efficient review and adjudication of Petitioner's remaining sentencing claims it is essential that the Court have a copy of the state court record regarding Petitioner's post-conviction relief litigation pursuant to *Atkins v. Virginia,* 536 U.S. 304 (2002) (recognizing that the Eighth Amendment prohibits a state from sentencing to death or executing a mentally retarded person).

**IT IS HEREBY ORDERED** that the Clerk of the Arizona Supreme Court provide a complete copy of Petitioner's state court *Atkins* record (Pinal County Superior Court No. CR-14946). If the record is available in electronic form, it should be provided in that form; if not, a paper copy of the record may be forwarded to: Clerk of the United States District Court, 401 West Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-2118.

DATED this 22nd day of September, 2010.

　　　　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge