WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-00882-PHX-ROS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Pending before the Court is Respondents' motion for an extension of time to respond to Petitioner's motion to amend and to answer the proposed Third Amended Petition. (Doc. 256.) Petitioner does not oppose the request. Respondents have been provided sufficient time to prepare their response, however, the Court will grant the instant motion, but cautions that no further extensions will be allowed absent a showing of extraordinary circumstances.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' unopposed motion for an extension of time. (Doc. 256.) Respondents shall file their response no later than **January 7, 2011.**

DATED this 30th day of November, 2010.

_____
Roslyn O. Silver
United States District Judge