**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt, | ) No. CV-98-00882-PHX-ROS |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| | ) **ORDER** |
| Charles L. Ryan, et al., | ) |
| Respondents. | ) |

Pending before the Court is Petitioner's Motion to Exceed the Page Limit. (Doc. 270.) Good cause appearing,

**IT IS HEREBY ORDERED** granting Petitioner's motion to exceed the page limit. Petitioner's reply to the State's response (Doc. 269) is accepted by the Court as filed.

DATED this 28th day of February, 2011.

_____
Roslyn O. Silver
Chief United States District Judge