**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-882-PHX-ROS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Before the Court is Petitioner's motion to file ex parte and under seal his lodged Motion to Supplement Budget. The lodged motion contains information protected by the attorney work-product doctrine. Consequently, the Court finds the need for confidentiality pursuant to 18 U.S.C. § 3599(f) and will permit the lodged motion to be filed ex parte and under seal.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Seal (Doc. 305) is **GRANTED**. The Clerk of Court shall file Petitioner's lodged Motion to Supplement Budget (Doc. 306) ex parte and under seal.

DATED this 6th day of January, 2012.

_____
Roslyn O. Silver
Chief United States District Judge