**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt, | ) No. CV-98-882-PHX-ROS |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| v. | ) **ORDER** |
| Charles L. Ryan, et al., | ) |
| Respondents. | ) |

Before the Court is Petitioner's motion to file ex parte and under seal his lodged Motion to Supplement Budget. The lodged motion contains information protected by the attorney work-product doctrine. Consequently, the Court finds the need for confidentiality pursuant to 18 U.S.C. § 3599(f) and will permit the lodged motion to be filed ex parte and under seal.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Seal (Doc. 305) is **GRANTED**. The Clerk of Court shall file Petitioner's lodged Motion to Supplement Budget (Doc. 306) ex parte and under seal.

DATED this 6th day of January, 2012.

_____
Roslyn O. Silver
Chief United States District Judge