**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-00882-PHX-ROS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

There being no opposition,

**IT IS ORDERED** Petitioner's Motion for Extension of Time (Doc. 317) is **GRANTED**. The briefing schedule is amended as follows:

1. Petitioner's supplemental brief shall be filed no later than **August 29, 2012**.
2. No later than **October 15, 2012**, Respondents shall file a response to Petitioner's supplemental brief.
3. No later than **November 14, 2012**, Petitioner shall file a reply.

DATED this 3rd day of July, 2012.

_____
Roslyn O. Silver
Chief United States District Judge