**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Michael Apelt,          )     No. CV-98-00882-PHX-ROS
)
       Petitioner,     )    <u>DEATH PENALTY CASE</u>
)
   v.             )
)
                  )    **ORDER**
Charles L. Ryan, et al.,   )
)
       Respondents.  )
)
_____)

There being no opposition,

**IT IS ORDERED** Petitioner's Motion for Extension of Time (Doc. 317) is **GRANTED**.  The briefing schedule is amended as follows:

    1.    Petitioner's supplemental brief shall be filed no later than **August 29, 2012**.

    2.    No later than **October 15, 2012**, Respondents shall file a response to Petitioner's supplemental brief.

    3.    No later than **November 14, 2012**, Petitioner shall file a reply.

    DATED this 3rd day of July, 2012.

_____
Roslyn O. Silver
Chief United States District Judge