**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-00882-PHX-ROS<br><br><u>DEATH PENALTY CASE</u><br><br><br>**ORDER** |

Good cause appearing,

**IT IS ORDERED** that Respondents' Motion for 30-Day Extension of Time to File Response to Supplemental Brief (Doc. 327) is **GRANTED**. The response shall be filed no later than **November 14, 2012**. Petitioner shall file a reply no later than **December 14, 2012**.

DATED this 10th day of October, 2012.

_____
Roslyn O. Silver
Chief United States District Judge