WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt, | No. CV-98-00882-PHX-ROS |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

**IT IS ORDERED** that Respondents' Motion for 7-Day Extension of Time to File Response to Supplemental Brief (Doc. 333) is **GRANTED**. The response shall be filed no later than **November 28, 2012**. Petitioner shall file a reply no later than **December 28, 2012**.

DATED this 20th day of November, 2012.

_____
Roslyn O. Silver
Chief United States District Judge