WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Apelt,<br><br>              Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>              Respondent. | No. CV-98-00882-PHX-ROS<br><br>***EX PARTE* ORDER**<br><br><u>DEATH PENALTY CASE</u> |

**IT IS ORDERED granting** Petitioner's motion for substitution of counsel. (Doc. 387.) Pursuant to 18 U.S.C. § 3599(A)(2), Emily Skinner is appointed as lead counsel and Amy Armstrong as co-counsel. Based on their skill and experience, the Court finds justification for reimbursement at the maximum permissible hourly rates for lead counsel and co-counsel under General Order 18-04, which is presently $188 and $168 per hour respectively. Any future increases to the maximum rates for lead and co-counsel adopted by the District of Arizona will be applied automatically.

Dated this 27th day of August, 2018.

                                            Honorable Roslyn O. Silver
                                            Senior United States District Judge